UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK MARINE & GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JILL JESURUM GODBOUT AND CHRISTOPHER GODBOUT, husband and wife, individually and their marital community; MICHAEL BEKELE AND JANE DOE BEKELE, husband and wife, individually and their marital community; and KOMAL, LLC DBA YELLOW CAB # 554 & 875, a Washington limited liability corporation.<br><br>Defendants. | NO. 2:18-cv-01010-RSM<br><br>STIPULATED DISMISSAL AND ORDER |

**STIPULATED DISMISSAL**

Plaintiff New York Marine & General Insurance Co. (NYMG) and Defendants Jill Jesurum Godbout and Christopher Godbout hereby stipulate and agree as follows:

1. Jill Jesurum Godbout and Christopher Godbout (the "Godbouts") were involved in a motor vehicle accident occurring on September 21, 2016 (the "accident").

2. The Godbouts each made claims to NYMG for underinsured motorist coverage related to the accident.

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

3. The Godbouts have each recovered $100,000 in underinsured motorist benefits for the accident from their own UIM carriers: State Farm Mutual Automobile Insurance Company and Progressive Direct Insurance Company.

4. Pursuant to the terms and conditions of the NYMG policy, the Godbouts have exhausted any potential recovery of underinsured motorist coverage from NYMG. The Godbouts have now withdrawn their claims for underinsured motorist coverage. The Godbouts have no claims or causes of action against NYMG relating to underinsured motorist coverage arising from the accident.

5. There is no dispute or controversy between NYMG and the defendant Godbouts related to underinsured motorist coverage, and the parties agree an Order of Dismissal should be entered without prejudice and without fees or costs.

6. Defendants Komal, LLC dba Yellow Cab # 554 & 875, and Michael Bekele and Jane Doe Bekele have not appeared. This stipulation does not afford Plaintiff any relief against them.

7. This stipulation shall not be interpreted as evidence that NYMG agrees the Godbouts' damages arising from the accident exceed the limits of available liability coverage.

STIPULATED to this 27th day of August, 2018.

| | |
|---|---|
| FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC | MACDONALD HOAGUE & BAYLESS |
| *s/Mark B. Melter, WSBA #46262* <br> Eron Cannon, #42706 <br> Mark B. Melter, #46262 <br> FAVROS Law <br> 701 Fifth Ave., Suite 4750 <br> Seattle, WA 98104 <br> P: 206.749.0094 <br> F: 206.749.0194 <br> eron@favros.com <br> mark@favros.com <br> Attorneys for Plaintiff New York Marine & General Ins. Co. | *s/Timothy K. Ford, WSBA #5986* <br> Timothy K. Ford, #5986 <br> MacDonald Hoague & Bayless <br> 705 2nd Ave., Suite 1500 <br> Seattle, WA 98104 <br> Tel: (206) 622-1604 x. 610 <br> TimF@MHB.com <br> Counsel for Defendants Jill Jesurum Godbout and Christopher Godbout |

STIPULATED DISMISSAL AND ORDER
NO. 2:18-CV-01010-RSM - 2

**ORDER**

Pursuant to the stipulation of the parties, the defendant Godbouts have no claims against Plaintiff NYMG relating to underinsured motorist coverage and arising from the accident, and there is no resulting dispute or controversy between Plaintiff NYMG and the defendant Godbouts related to underinsured motorist coverage arising from the accident. This matter is hereby DISMISSED without prejudice and without fees or costs to any party.

IT IS SO ORDERED.

This 28 day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented By:*

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

s/Mark B. Melter, WSBA #46262
Eron Cannon, #42706
Mark B. Melter, #46262
701 Fifth Ave., Suite 4750
Seattle, WA 98104
P: 206.749.0094
F: 206.749.0194
eron@favros.com
mark@favros.com
Attorneys for Plaintiff New York Marine & General Ins. Co.

STIPULATED DISMISSAL AND ORDER
NO. 2:18-CV-01010-RSM - 3

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194